UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON DAVID, JR.,

      Petitioner,

                                Case No. 09-14912
v.                                   Honorable Patrick J. Duggan

GREGORY MCQUIGGIN,

      Respondent.
_____/

## **JUDGMENT**

Petitioner Gordon David Jr. ("Petitioner"), presently confined at the Chippewa Correctional Facility in Kincheloe, Michigan, seeks the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his *pro se* application, Petitioner challenges his conviction in 2005 for second-degree murder in violation of Michigan Compiled Laws § 750.317. In an Opinion and Order issued on this date, the Court denied the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date: June 3, 2011

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Gordon David, Jr., #374004
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

AAG Bruce H. Edwards